IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  4:94cr4021-WS

ARTHUR JEROME MARTIN,  4:05cv277-WS

       Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

     Before the court is the magistrate judge's report and recommendation (doc. 352) docketed July 7, 2005.  The magistrate judge recommends that the defendant's petition for modification of sentence (doc. 349) be summarily denied.  The defendant has filed objections (doc. 353) to the report and recommendation as well as a petition (doc. 354) for leave to supplement his petition for modification with supplemental authority.

     Upon review of the record in light of the defendant's objections, the court has determined that the magistrate judge's report and recommendation must be adopted.

     Accordingly, it is ORDERED:

     1.  The magistrate judge's report and recommendation (doc. 352) is adopted and incorporated by reference in this order of the court.

2. The defendant's petition (doc. 354) presenting supplemental authority is GRANTED. The supplemental authority presented by the defendant has been considered.

3. The defendant's petition for modification of sentence (doc. 349) IS hereby summarily DENIED.

4. The clerk shall enter judgment accordingly and shall close Case No. 4:05cv277-WS.

DONE AND ORDERED this July 29, 2005.

      /s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE