IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                      4:94cr4021-WS

ARTHUR JEROME MARTIN,

    Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 364) docketed September 28, 2007. The magistrate judge recommends that the defendant's "writ of habeas corpus" (doc. 363) be summarily dismissed. The defendant has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 364) is hereby ADOPTED and incorporated by reference into this order.

2. The defendant's "writ of habeas corpus" (doc. 363) is hereby summarily DISMISSED.

3. The clerk shall enter judgment accordingly.

DONE AND ORDERED this   9th   day of   November  , 2007.

        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE