IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.        4:94cr4021-WS

ARTHUR JEROME MARTIN,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 389) docketed December 4, 2008. The magistrate judge recommends that the defendant's "Motion to Correct and Reduce Sentence Pursuant to 18 U.S.C. § 3742(a)(1) and 18 U.S.C. § 3553(a)" be denied. The defendant has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 389) is hereby ADOPTED and incorporated by reference into this order.

2.  The defendant's "Motion to Correct and Reduce Sentence Pursuant to 18 U.S.C. § 3742(a)(1) and 18 U.S.C. § 3553(a)" (doc. 387) is DENIED with prejudice.

3.  The clerk shall enter judgment accordingly.

DONE AND ORDERED this ___7th___ day of ___January___, 2009.


                    s/ William Stafford
                    WILLIAM STAFFORD
                    SENIOR UNITED STATES DISTRICT JUDGE