UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

v.                                                                                      4:94cr4021-WS

ARTHUR JEROME MARTIN,

     Defendant.

_____

ORDER GRANTING DEFENDANT'S MOTION
FOR EARLY TERMINATION OF SUPERVISED RELEASE

     Before the court is Arthur Jerome Martin's motion for early termination of

his five-year term of supervised release.  Doc. 396.  To date, Martin has served

approximately 28 months—or 47%—of his 60 month term.

     Martin's probation officer in Cocoa, Florida, has advised that Martin, who is

68 years old and disabled, is—and has been—in compliance with all standard

conditions of supervision.  Martin maintains a stable residence, has stable income,

has satisfied his financial obligations, has consistently tested negative for the use of

illicit substances, and has not been arrested for any new criminal activities.  The

probation officer in Cocoa nonetheless recommends that Martin's motion for early

termination be denied based on his Category III criminal history, a criminal history that includes a 1987 conviction for misdemeanor battery and misdemeanor assault. The government likewise opposes Martin's motion, suggesting that Martin should serve more than 47% of the statutorily-mandated term of supervised release given his criminal history.

Under 18 U.S.C. § 3583(e)(1), the court is authorized to terminate a defendant's term of supervised release after the expiration of one (1) year "if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice."  Given Martin's compliance to date with all conditions of supervised release, the court is satisfied that Martin has earned consideration for relief under 18 U.S.C. § 3583(e)(1) and that the interest of justice will be served by terminating his supervised release at this time.

Accordingly, it is ORDERED:

1.  Martin's motion (doc. 396) for early termination of his five-year term of supervised release is GRANTED.

2.  The defendant's term of supervised release shall be terminated effective immediately.

DONE AND ORDERED this ___6th___ day of ____March____, 2014.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE